**Order entered February 24, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00194-CR

### EDWARD LAMAR PORTER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 283rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F18-00712-T

### ORDER

On August 21, 2020, this Court ordered court reporter Vearneas Faggett to file a supplemental reporter's record with true and correct playable copies of State's Exhibit 3, the 9-1-1 call, and State's exhibit 28, the DVD of appellant's interview with police, by September 5, 2020. On December 14, 2020, a supplemental reporter's record containing State's Exhibit 3 was filed. To date, State's exhibit 28 has not been filed and we have had no communication from Ms. Faggett regarding this exhibit. On February 22, 2021, appellant's counsel filed a

motion seeking additional to file his brief, noting that State's exhibit 28 had not been filed with the Court.

The Court and appellant have been waiting for a complete reporter's record since May 31, 2019. This appeal cannot proceed until the reporter's record is complete. In light of this, we **ORDER** court reporter Vearneas Faggett **not to sit** until a supplemental reporter's record containing a playable correct copy of State's exhibit 28 is filed with this Court. If no supplemental reporter's record is filed by March 3, 2021, the Court will abate this appeal for a hearing to determine (1) why the record has not been filed, (2) the date it will be filed, (3) what steps need to be taken to ensure the record is filed by that date, and (4) whether court reporter Vearneas Faggett should be held in contempt of court for the failure to comply with this Court's orders.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Mays, Presiding Judge, 283rd Judicial District Court; Vearneas Faggett, official court reporter, 283rd Judicial District Court; to the Dallas County Auditor's Office; and counsel for all parties.

We defer ruling on appellant's motion until the issue of a complete and accurate reporter's record is resolved.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE